CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR - 4 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| HAMEEN SHAHID IRVIN, ) | Civil Action No. 7:16-cv-00090 |
|     Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 4th day of March, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge